**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

RICHARD ALCIDE,

Petitioner,

v. Case No. 1:26-cv-00249-KWR-GBW

MARY DE ANDA-YBARRA, *in her official capacity as Field Office Director of Enforcement and Removal Operations*, *El Paso Field Office*, *Immigration and Customs Enforcement*,
FNU LNU, *Warden of Cibola County Correctional Center*,
TODD M. LYONS, *in his official capacity as Acting Director*, *Immigration and Customs Enforcement*, *U.S. Department of Homeland Security*,
KRISTI NOEM, *in her official capacity as Secretary*, *U.S. Department of Homeland Security*,
PAMELA JO BONDI, *in her official capacity as Attorney General of the United States*,

Respondents.

**JUDGMENT**

Consistent with the Memorandum Opinion and Order entered concurrently herewith, the Court grants the Petition and concludes that Petitioner is unlawfully detained because his parole has not yet been terminated.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondents shall release Petitioner **within 24 hours** of the entry of this Order. Respondents shall not detain Petitioner again prior to properly terminating his parole with adequate written notice in accordance with 8 C.F.R. § 212.5(e). The parties shall file a joint status report within **seven (7) days** of the entry of this Order.

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE